1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| ROSA M. SUAREZ SANCHEZ,<br><br>        Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. CV 12-0532 JCG<br><br>**JUDGMENT** |

12
13
14
15
16
17
18
19
20

      IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: March 28, 2013

24
25

_____

26

Hon. Jay C. Gandhi
United States Magistrate Judge

27
28